NO. 08-17227

IN THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

CLARK K., by his next friend Sherry Anderson; JALEN, SIA, ROSHAUN, CALEB, and KING A. by their next friend Tarrah Logan; TONI, SUMMER, AND FRANK B., by their next friend Marilyn Paikai; and DONNA C., by her next friend Jacquelyn Romero,

Plaintiffs/Appellants,

v.

MICHAEL WILLDEN, Director of the Nevada DHHS; FERNANDO SERRANO, Administrator of the Nevada Division of Child and Family Services; JOHN DOE, Bureau Chief of the Bureau of Services for Child Care of the Division of Child and Family Services; VIRGINIA VALENTINE, Clark County Manager; TOM MORTON, Director of Clark County Department of Family Services; BRUCE L. WOODBURY, TOM COLLINS, CHIP MAXFIELD, YVONNE ATKINSON GATES, MYRNA WILLIMAS, LYNNETTE BOGGS MCDONALD and RORY REID, Clark County Commissioners; and CLARK COUNTY,

Defendants/Appellees.

_____

APPEAL FROM THE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEVADA
HONORABLE ROBERT C. JONES
CASE NO. 02:06-CV-01068

_____

Notice of Voluntary Dismissal Pursuant to Fed. R. App. P. 42

_____

| | |
|---|---|
| PAUL J. LAWRENCE | WILLIAM GRIMM |
| KYMBERLY K. EVANSON | LEECIA WELCH |
| K&L GATES LLP | BRYN MARTYNA |
| 925 Fourth Avenue, Suite 2900 | NATIONAL CENTER FOR YOUTH |
| Seattle, WA 98104-1158 | LAW |
| 206-623-7580 | 405 14th Street, 15th floor |
| | Oakland, CA 94612 |
| | 510-835-8098 |

Pursuant to Federal Rule of Appellate Procedure 42(b) Plaintiffs-Appellants Clark K, et al.; County Defendants-Respondents, Clark County, Virginia Valentine, Tom Morton, Louis Palma, Rory Reid, Bruce Woodbury, Chip Maxfield, Yvonne Atkinson-Gates, Myrna Williams, Lynette Boggs- McDonald, and Tom Collins; and State Defendants-Respondents Michael Willden, Diane Comeaux, and Doe/Melissa Faul, through their respective counsel of record, hereby jointly stipulate to dismissal with prejudice of the appeal in the above-entitled action. On October 13, 2009, the parties filed a Joint Stipulation for Dismissal of the underlying suit in the district court. Accordingly, the instant interlocutory appeal has been rendered moot.

The parties further stipulate that each party shall bear its own attorneys' fees and costs relating to this action.

The parties respectfully request that the circuit clerk enter an order dismissing this appeal.

Dated this 14th day of October.

By   /s/ Kymberly K. Evanson_____
Paul J. Lawrence
Kymberly K. Evanson
K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
On Behalf of the National Center for Youth Law

NATIONAL CENTER FOR YOUTH LAW
William Grimm
Leecia Welch
Bryn Martyna
405 14th Street, 15th floor
Oakland, CA 94612
Phone: 510-835-8098

Attorneys for Plaintiffs/Appellants
CLARK K., by his next friend Sherry Anderson;
JALEN, SIA, ROSHAUN, CALEB, and KING
A. by their next friend Tarrah Logan;
TONI, SUMMER, AND FRANK B., by their
next friend Marilyn Paikai; and
DONNA C., by her next friend Jacquelyn
Romero


By   /s/ Gloria Sturman
Gloria Sturman
Margaret Foley
Buckley King
190 Astoria Building
10655 Park Run Drive
Las Vegas, Nevada 89144
Attorneys for County Defendants
Clark County, Virginia Valentine, Tom Morton,
Louis Palma, Rory Reid, Bruce Woodbury,
Chip Maxfield, Yvonne Atkinson-Gates, Myrna
Williams, Lynette Boggs- McDonald, and Tom
Collins

By   /s/ Linda C. Anderson
Linda C. Anderson
Office of the Nevada Attorney General
Suite 3900
555 East Washington Avenue
Las Vegas, NV 89101
Attorneys for State Defendants
Michael Willden, Diane Comeaux, and
Doe/Melissa Faul

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2009, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

By   /s/ Kymberly K. Evanson